UNITED STATES of America,
Plaintiff–Appellee,

v.

Angel Giovanny MERCADO, a.k.a. Giovanni Angel Mercado–Cervantes, Defendant–Appellant.

No. 05–15809
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 6, 2006.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Angel Giovanny Mercado, Edgefield, SC, pro se.

Before TJOFLAT, BIRCH and ANDERSON, Circuit Judges.

PER CURIAM:

Pursuant to a plea agreement, appellant pled guilty on August 10, 1999 to conspiracy to distribute and possess with the intent to distribute heroin, cocaine, and cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and on December 1, 1999, the district court sentenced him to prison for 180 months. He is now serving that sentence in a federal prison.

On June 11, 2003, appellant moved the district court to compel the Government to state why it had not filed a Fed.R.Crim.P. 35(b) motion to reduce his sentence for rendering substantial assistance. The court denied the motion in an order entered on September 26, 2005. Record, Vol 2, at 237. Appellant now appeals the court's ruling.

For the reason stated in the district court's September 26, 2005 order, we conclude that the court properly denied appellant's motion.

AFFIRMED.